# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN GOULET, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>OCULUS ARCHITECTURE, LTD., and CHRISTOPHER J. COONAN, an individual,<br><br>    Defendants. | Case No. 8:18-cv-01475-JLS-JDE<br>Hon. Josephine L. Staton<br><br>**JUDGMENT** |

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

1. Judgment is entered against Defendant Oculus Architecture, Ltd., and in favor of Plaintiff Alan Goulet, pursuant to 17 U.S.C. §§ 504-505, 1202-1203;

2. Plaintiff's claims against Defendant Christopher Coonan are dismissed without prejudice;

3. Defendant Oculus Architecture, Ltd. is ordered to pay to Plaintiff statutory

damages for willful copyright infringement in the amount of $21,600, pursuant to 17 U.S.C. §§ 504-505.

4. Defendant Oculus Architecture, Ltd. is ordered to pay to Plaintiff statutory damages for copyright management information violations in the amount of $15,000, pursuant to 17 U.S.C. §§ 1202-1203.

5. Plaintiff is ordered to submit any motion for attorneys' fees and costs no later than twenty-one (21) days from the date of entry of this Judgment;

6. Plaintiff is entitled to post-judgment interest, in accordance with 28 U.S.C. § 1961, from the date of entry of this Judgment until the amounts awarded herein and all accrued interest are paid in full by Defendant Oculus Architecture, Ltd. to the Plaintiff; and

7. The Court shall retain jurisdiction over this matter for the purposes of enforcing the terms of this Judgment.

DATED: September 12, 2019

_____
Hon. Josephine L. Staton
United States District Judge